UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
SEBASTIAN GONZALEZ,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------X

O R D E R

CV-06-1418 (SLT)

      An initial conference will be held in the above-captioned case on July 27, 2006 at 11:15 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

      <u>**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

      SO ORDERED.

Dated: Brooklyn, New York
       March 31, 2006

                              JMA
                       JOAN M. AZRACK
                   UNITED STATES MAGISTRATE JUDGE